IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


LARRY WAYNE LANIER,

        Plaintiff,

v.                                   3:10cv525-WS

UNIDENTIFIED POSTAL WORKERS,
et al.,

        Defendants.
_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed

February 11, 2011.  See Doc. 12.  The magistrate judge recommends that the plaintiff's

complaint and this case be dismissed as frivolous and for failure to state a claim.  The

plaintiff has filed objections (doc. 14) to the report and recommendation.

      Having considered the record in light of the plaintiff's objections, the court finds

that the case must be dismissed as recommended by the magistrate judge.

      Accordingly, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 12) is hereby

ADOPTED and incorporated by reference into this order.

      2.  The plaintiff's complaint and this action are DISMISSED as frivolous and for

failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii).

3.  The plaintiff's motion for voluntary dismissal (doc. 15), filed after the issuance of the magistrate judge's report and recommendation, is DENIED.  See, e.g., Stone v. Smith, No. CV608-088, 2009 WL 368620, at *1-2 (S.D. Ga. Feb. 13, 2009) (denying inmate's post-report-and-recommendation motion to voluntarily dismiss his action, explaining that it would frustrate the purpose of the Prison Litigation Reform Act to allow an inmate to voluntarily dismiss his action after a magistrate judge reviewed the inmate's allegations and found them lacking).

4.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this ___11th___ day of _____March_____, 2011.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE